# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00388-CV

## In re Law Offices of Derek Van Gilder and Law Offices of Edwin L. McAninch

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and relators' request for temporary relief are denied.  *See* Tex. R. App. P. 52.8(a), 52.10.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Filed:   July 7, 2010